MEERMAN v MURCO, INC

Docket No. 146860

ORDER ENTERED JUNE 21, 1994

The Judges of this Court having been polled pursuant to Administrative Order No. 1994-4, and the result of the poll being that sixteen Judges opposed convening a special panel, seven were in favor, and one abstained, it is ordered that a special panel shall not be convened.